**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jasen Alexander Rubio**<br>DOB: 2002; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-09539MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 29, 2024, at or near Tucson, in the District of Arizona, **Jasen Alexander Rubio** did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, or a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 29, 2024, Homeland Security Investigations (HSI) was conducting surveillance at the Tucson Mall. At approximately 12:00 p.m., investigators observed a red Ford Fiesta arrive in the parking lot of Dicks Sporting Goods. The driver was later identified as Jasen Alexander RUBIO. RUBIO exited the vehicle and HSI agents observed RUBIO meeting with a male individual. As HSI agents approached RUBIO, he ran from the vehicle across the Tucson Mall parking lot and across Wetmore Road. After a brief foot chase, RUBIO was apprehended by HSI agents on Limberlost Circle, south of the Tucson Mall.

While HSI agents secured RUBIO's vehicle in the Tucson Mall parking lot, they found an open pressure washer box in the back seat. Agents also observed numerous small cylindrical packages wrapped in foil paper and sealed in food saver bags in the back passenger seat of the vehicle. Based on their training and experience, the agents were aware that this type of wrapping is consistent with the packaging methods used by drug traffickers to pack illicit drugs in the gas tanks of vehicles. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of methamphetamine. The packages of methamphetamine weighed 18.2 kilograms.

After waiving his *Miranda* rights, RUBIO admitted he was going to be paid $1,000 to transport the packages to the Tucson Mall. RUBIO said he recently lost his scholarship to the University of Arizona where he was in his junior year, and he needed money.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>RODOLFO T RODRIGUEZ  *Digitally signed by RODOLFO T RODRIGUEZ Date: 2024.08.30 09:56:37 -07'00'*<br>OFFICIAL TITLE<br>Special Agent Rodolfo Rodriguez<br>Homeland Security Investigations |
|---|---|
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 30, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewed by: AUSA F. Kreamer Hope